STATE OF NEW JERSEY v. KEITH O'MALLEY.

January 22, 1985.

Petition for certification denied.

FANNIE ZEMEL v. CHARLES ZEMEL, ABRAHAM ZEMEL
AND SYLVIA ZEMEL.

January 22, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT RUZZANO.

January 22, 1985.

Petition for certification denied.

THOMAS L. FERRO v. HB'S RESTAURANT, INC.

January 22, 1985.

Petition for certification denied.